LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROY ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-0795-BFM<br><br><u>ORDER AWARDING</u><br><u>EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of ($3,197.27), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: 10/25/2023    _____
                                        HON. BRIANNA FULLER MIRCHEFF
                                        UNITED STATES MAGISTRATE JUDGE